UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY KING,

    Plaintiff,

v.

CHARLES GILKEY, BUREAU OF PRISONS and SARAH REVELL,

    Defendants.

Case No. 02-cv-596-JPG

### MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes. In an order dated February 7, 2007 (Doc. 90), the Court vacated plaintiff Anthony King's *in forma pauperis* status and ordered him to pay the balance of the filing fee for this case – $ 148.17 – on or before February 23, 2007. It further warned King that it would dismiss this case pursuant to Federal Rule of Civil Procedure 41(b) for lack of prosecution and/or for failure to comply with an order of the Court if he did not timely pay in full the balance of the filing fee. To date the Court has not received any payment from the plaintiff, nor has the plaintiff indicated any reason why he is unable to pay this fee as ordered. The Court therefore **DISMISSES** this case **with prejudice** for failure to prosecute and for failure to comply with an order of this Court. Fed. R. Civ. P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). The Court further **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: March 7, 2007**

                                      s/ J. Phil Gilbert
                                      **J. PHIL GILBERT**
                                      **DISTRICT JUDGE**

Dockets.Justia.com