UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY KING,

      Plaintiff,

    v.

CHARLES GILKEY, BUREAU OF
PRISONS and SARAH REVELL,

      Defendants.

Case No. 02-cv-596-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED:** March 7, 2007

**NORBERT JAWORSKI**
**Clerk of Court**

s/Brenda K. Lowe
**Deputy Clerk**

**Approved:** s/ J. Phil Gilbert
      **J. PHIL GILBERT**
      **DISTRICT JUDGE**