UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY KING,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES GILKEY, BUREAU OF PRISONS and SARAH REVELL,<br><br>    Defendants. | Case No. 02-cv-596-JPG |

# JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED:  March 7, 2007**                                         **NORBERT JAWORSKI**
                                                                                      **Clerk of Court**


                                                                                      s/Brenda K. Lowe
                                                                                      **Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                       **J. PHIL GILBERT**
                       **DISTRICT JUDGE**