UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY KING,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES GILKEY and SARA REVELL,<br><br>    Defendant. | Case No. 02-cv-596-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Anthony King's claims for damages based on interference with his efforts to communicate with his stockbroker are dismissed without prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Anthony King's claim for injunctive relief is dismissed without prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants Charles Gilkey and Sara Revell and against plaintiff Anthony King on plaintiff Anthony King's claims for damages based on refusal to authorize the purchase of computer programing instruction materials.

**DATED:** August 9, 2007                              NORBERT JAWORSKI

                                                                                    s/Brenda K. Lowe
                                                                                     Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**